AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| DENNY DENSMORE <br> *Plaintiff(s)* <br> v. <br> NATIONAL BOARD OF MEDICAL EXAMINERS <br> *Defendant(s)* | Civil Action No. 2:14-cv-2082-CWH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* National Board of Medical Examiners, 3750 Market St., Philadelphia PA 19104
NBME's Registered Agent: CT Corporation System, 1025 Vermont Ave., NW, Washington, DC 20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Palmer Freeman
P. O. Box 8024
Columbia, SC 29202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: May 30, 2014

s/ Virginia Druce

*Signature of Clerk or Deputy Clerk*