### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| Denny Densmore, ) | |
| ) | Case # 2:14-cv-2082-CWH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | PLAINTIFF'S RESPONSES |
| National Board of Medical Examiners ) | |
| ) | LOCAL CIVIL RULE 26.01 DSC |
| ) | DISCOVERY |
| Defendant. ) | |
| ) | |

Plaintiff, in compliance Local Civil Rule 26.01 DSC, submits the following:

LOCAL RULE 26.01 DISCLOSURES

(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

ANSWER: None

(B) As to each claim, state whether it should be tried jury or nonjury and why.

ANSWER: This is a nonjury matter.

(C) State whether the party submitting these responses is a publically-owned company and separately identify: (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

ANSWER: N/A. Plaintiff is a person.

(D) State the basis for asserting the claim in the division in which it is filed.

ANSWER: Plaintiff is a student at the Medical University of South Carolina in Charleston and the Defendant's denial was delivered to him in Charleston.

(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the

related action; (2) an explanation of how the matters are related; (3) a statement of the status of the related action. Counsel should disclose any cases that *may* be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events' involve the identical parties or property' or for any other reason would entail substantial duplication of labor if heard by different judges.

ANSWER: This complaint is not related to any other South Carolina case.

By: s/Palmer Freeman
Palmer Freeman (Fed. I.D. #894)
P. O. Box 8024
Columbia, SC 29201
Ph:  803-799-9400
Fax: 803-376-5084
Local counsel for Plaintiff

Columbia, South Carolina
May 29, 2014.

Lead Counsel:

Vincent E. Nowak, SBOT# 15121550
1301 Daws Drive
Amarillo, Texas 79124
Ph:  806-679-7914
Fax: 806-356-9112
email: venowak@gmail.com