UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| DENNY DENSMORE | ) | CA: 2:14-cv-2082-CWH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| NATIONAL BOARD OF MEDICAL EXAMINERS | ) ) | |
| Defendant. | ) | |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Vincent E. Nowak who represents plaintiff

    X    Be **granted** admission *pro hac vice* in this case.

    ☐    Be **denied** admission *pro hac vice* in this case.

June 26, 2014                             _____
Date                                         United States District/Magistrate Judge