**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| DENNY DENSMORE, | ) | **C.A. NO. 2:14-CV-2082-CWH** |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | **CONSENT MOTION FOR** |
| | ) | **ENLARGEMENT OF TIME** |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) ) | |
| | ) | |
| DEFENDANT. | ) ) | |

Defendant, National Board of Medical Examiners, (hereafter "Defendant") hereby moves, with consent of Plaintiff, pursuant to the Federal Rules of Civil Procedure and Local Rule 6.01, for a thirty (30) day enlargement of time to responsively plead to Plaintiff's Complaint.

The current deadline for Defendant to file a responsive pleading to the Complaint is July 17, 2014. Defendant's deadline to responsively plead has not been previously extended and as no scheduling order has been issued, the extension will not affect other deadlines. Accordingly, with consent of Plaintiff, Defendant respectfully requests a thirty (30) day extension to file its response to Plaintiff's Complaint until August 18, 2014.

[SIGNATURE BLOCKS ON FOLLOWING PAGE]

| WE MOVE: | WE CONSENT: |
|---|---|
| YOUNG CLEMENT RIVERS, LLP | WHETSTONE PERKINS & FULDA, LLC |
| By:  s/Carol B. Ervin<br>Carol B. Ervin, Federal I.D. #734<br>P.O. Box 993, Charleston, SC  29402<br>(843) 724-6603<br>E-mail:  cervin@ycrlaw.com<br>Attorneys for the Defendant | By:  s/Palmer Freeman<br>Palmer Freeman, Federal I.D. #894<br>P.O. Box 8024, Columbia, SC  29202<br>(803-799-9400<br>E-Mail:  palmerfree@msn.com<br>Attorneys for the Plaintiff |

Charleston, South Carolina

Dated: July 16, 2014