UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Denny Densmore,           ) | |
| Plaintiff,                      ) | Case No. 2:14-cv-02082-MBS |
|                                   ) | |
| v.                              ) | **Motion** |
| National Board of Medical Examinters,  ) | **in Support of** |
| Defendant.                ) | ***Pro Hac Vice* Application** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Vincent E. Nowak, be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

    X    Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; X does not intend to oppose Prior to filing this Motion, l was unable to do so for the following reason(s): Defendant's counsel has not yet appeared.  Service of Complaint is in process.  I will confer with defense counsel when they appear.

    ☐    No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| Palmer Freeman | Palmer Freeman |
| Firm Name | Name of Local Counsel |
| P. O. Box 8024 | s/Palmer Freeman |
| Street Address or Post Office Box | Signature of Local Counsel |
| Columbia, SC 29202 | Local Counsel for the Plaintiff |
| City, State, Zip Code | |
| 803-799-9400 | District of South Carolina |
| Telephone Number | Federal Bar Number 894 |
| palmerfree@msn.com | |
| E-Mail Address | revised 09/19/05 |