**Vincent E. Nowak**

Board Certified - Personal Injury Trial Law – Texas Board of Legal Specialization

1301 Daws Drive
Amarillo, Texas 79124

Telephone: (806) 679-7914
Facsimile: (806) 356-9112
Email: venowak@gmail.com

October 8, 2013

***VIA Facsimile 1-215-590-9604***
Catherine Farmer
NBME
3750 Market Street
Philadelphia, PA 19104-3102

**Re: Denny Densmore v. National Board of Medical Examiners**

Dear Ms. Farmer:

Please review the attached draft complaint and contact me to discuss a possible resolution. I look forward to hearing from you.

Sincerely,

Vincent E. Nowak

VEN/jjt
Attachment

PLAINTIFF'S
EXHIBIT
A



**Vincent E. Nowak**

Board Certified - Personal Injury Trial Law – Texas Board of Legal Specialization

1301 Daws Drive
Amarillo, Texas 79124

Telephone: (806) 679-7914
Facsimile: (806) 356-9112
Email: venowak@gmail.com

October 8, 2013

# FAX COVER SHEET

| Date: October 8, 2013 | Total Pages (including cover sheet): 10 |
|---|---|
| To: Catherine Farmer | From: Vincent E. Nowak |
| Telephone: 1-215-590-9500 | Telephone: (806) 679-7914 |
| Facsimile: 1-215-590-9604 | Facsimile: (806) 356-9112 |
| Re: Denny Densmore v. National Board of Medical Examiners | |

COMMENTS:

CONFIDENTIALITY NOTICE

The document accompanying this fax transmission contains confidential information belonging to the sender which is legally privileged. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone to arrange for return of the original documents to us. If all copies are not received or are poorly copied, please contact Jayce Tabor at cutpaste.jata@gmail.com OR call Vince Nowak at (806) 679-7914.

**HP Officejet Pro 8600 N911g Series**

**Fax Log for**
Vincent E. Nowak
18063569112
Oct 08 2013 11:06AM

**Last Transaction**

| Date | Time | Type | Station ID | Duration<br><br>Digital Fax | Pages | Result |
|---|---|---|---|---|---|---|
| Oct 8 | 11:02AM | Fax Sent | 12155909604 | 4:02<br>N/A | 10 | OK |



National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

**Confidential**

October 15, 2013

**VIA CERTIFIED MAIL**
Vincent E. Nowak
1301 Daws Drive
Amarillo, TX 79124

RE: Denny Densmore, USMLE ID #: 4-089-766-2

Dear Mr. Nowak:

This letter is to acknowledge receipt of your October 8, 2013 fax in our office today. The document was faxed to 215-590-9609, which is a general fax number located elsewhere in the building. For future reference, the secure fax number for NBME's Disability Services is 215-590-9422 (please call 215-590-9700 to verify receipt).

We will review your fax and will contact you after our review. Please note that Dr. Catherine Farmer is out of the office until October 21, 2013.

Sincerely,

Michelle M. Goldberg, Ph.D.
Manager, Disability Services
National Board of Medical Examiners

CC: Denny Densmore