# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION DIVISION

| | | |
|---|---|---|
| DENNY DENSMORE, | ) | **C.A. NO. 2:14-CV-2082-MBS** |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** |
| | ) | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

Pursuant to Local Rule 6.02 D.S.C., Carol B. Ervin, counsel for Defendant, respectfully requests protection from hearings or any other Court appearances in this action from October 9, 2014 through October 24, 2014. During that time, Ms. Ervin will travel abroad for a week and a half for professional obligations in her role as Board Chair of ALFA International. She will then chair the organization's annual business meeting on the West Coast, returning to South Carolina on October 24, 2014.

YOUNG CLEMENT RIVERS, LLP

By: s/Carol B. Ervin
Carol B. Ervin, Esquire, Federal ID No. 734
E-mail: cervin@ycrlaw.com
Brian L. Quisenberry, Esquire, Federal ID No. 9684
E-mail: bquisenberry@ycrlaw.com
Stephanie N. Ramia, Esquire, Federal ID No. 11783
E-mail: sramia@ycrlaw.com
P.O. Box 993, Charleston, SC  29402-0993
25 Calhoun Street, Suite 400, Charleston, SC 29401
Telephone:  (843) 724-6641
Fax:  (843) 579-1331

Attorneys for the Defendant.

Charleston, South Carolina
Dated: September 11, 2014